## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **BRENDA KRIVATCH**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Case No.** 1: 26-CV-00116 |
| v. | : | |
| | : | |
| **SWEEPSTEAKES LIMITED, d/b/a Stake.us**, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## DIVERSITY DISCLOSURE STATEMENT

Plaintiff makes the following disclosure pursuant to Fed. R. Civ. P. 7.1(a)(2):

Brenda Krivatch is a resident and citizen of City of Logan, County of Hocking, State

of Ohio.

Respectfully Submitted,

Dated: February 3, 2026

/s/ Alyson Steele Beridon
Alyson Steele Beridon (0087496)
Trial Attorney
**Herzfeld, Suetholz, Gastel, Leniski, and Wall PLLC**
600 Vine Street, Suite 2720
Cincinnati, Ohio 45202
Phone: (513) 381-2224
Fax: (615) 994-8625
Email: alyson@hsglawgroup.com

Benjamin A. Gastel *
**Herzfeld, Suetholz, Gastel, Leniski, and**

**Wall PLLC**
1920 Adelicia Street, Suite 300
Nashville, TN 37212
Phone: (615) 716-9163
Fax: (615) 994-8625
Email: ben@hsglawgroup.com

W. Daniel "Dee" Miles, III *
James Mitchell "Mitch" Williams *
Dylan T. Martin *
Trenton H. Mann *
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 FAX
dee.miles@beasleyallen.com
mitch.williams@beasleyallen.com
dylan.martin@beasleyallen.com
Trent.mann@beasleyallen.com

**Smith Krivoshey, PC**
Joel D. Smith (SBN 244902) *
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-4704
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiff and the Class*
*\*Pro Hac Vice forthcoming*