United States District Court
Southern District of Ohio

_____

**Related Case Memorandum**
**Civil Cases**

TO:        Judge Edmund A. Sargus and Judge Douglas R. Cole

FROM:      Benjamin J. Codispoti        , Deputy Clerk

DATE:      04/27/2026

SUBJECT:   Case Caption:    Jones v. Sweepsteaks Limited

CASE:      Case Number:     Doc. 1:26-cv-410 1

           Judges:          Judge Cole / Magistrate Judge Bowman

           File Date:    04/24/2026

---

This memorandum is to notify you that following cases are possibly related:

**Related Case**

Case Caption:   **Krivatch v. Sweepsteakes Limited**

Case Number:   **Doc. 2:26-cv-132 1**          District Judge:   **Sargus**

File Date:      **2/03/2026**                   Magistrate Judge:   **Vascura**

Memo Re: Related Civil Cases
Page 2


The District Judges having conferred. We respond to Case Administrator **Benjamin J. Codispoti**
as follows:


**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____Sargus_____.

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge:

_____
United States District Judge


_____
s/Edmund A. Sargus, Jr. 4/29/2026
United States District Judge


Cc:  Courtroom Deputies