**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION–COLUMBUS**

| | |
|---|---|
| BRENDA KRIVATCH, on behalf of themselves and others similarly situated,<br><br>Plaintiff.<br>v.<br><br>SWEEPSTEAKS LIMITED, d/b/a Stake.us<br><br>Defendant. | Case No. 2:26-cv-00132-EAS-CMV<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Chelsey M. Vascura |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF DEFENDANT'S**
**MOTION TO COMPEL ARBITRATION**

Defendant Sweepsteaks Limited respectfully provides a true and accurate copy of the United States District Court for the Southern District of Ohio's Opinion and Order granting a Motion to Compel Arbitration in *Krivatch v. Social Gaming LLC, d/b/a Fortune Coins*, No. 2:26-cv-00201-ALM-CMV, Dkt. No. 27, (S.D. Ohio Sept. 29, 2026), in contemplation of a similar agreement to arbitrate and motion brought by an online social casino with a sweepstakes and there opposed by the Plaintiff in this case. The Court's order in *Krivatch v. Social Gaming LLC* is attached as Exhibit A.

Dated: October 5, 2026

s/ Jordan R. Briggs
Jordan R. Briggs (0106627)
*Trial Attorney*
jbriggs@ifrahlaw.com
Kim W. Conroy (*Admitted Pro Hac Vice*)
kconroy@ifrahlaw.com
**Ifrah Law PLLC**
1717 Pennsylvania Ave NW, Suite 650
Washington, D.C. 20006
Tel: (202) 524-4140
Fax: (202) 524-4141

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Jordan R. Briggs
*One of the Attorneys for*
*Defendant Sweepsteaks Limited*